# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 16-1333V
Filed: January 8, 2018
UNPUBLISHED

| | |
|---|---|
| JULIE R. KORB,<br><br>     Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>     Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Jerome A. Konkel, Samster, Konkel & Safran, S.C.,* Milwaukee, WI, for petitioner.
*Colleen C. Hartley,* U.S. Department of Justice, Washington, DC, for respondent.

### DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

  On October 13, 2016, Julie R. Korb ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act" or "Program"). Petitioner alleged that she suffered "injuries, including rotator cuff tendinopathy, impingement syndrome and a partial tear, that were caused by the Trivalent Influenza vaccination that she received on Wednesday, September 18, 2013." Petition at 1; *accord.* Petition at ¶¶ 2, 12. The case was assigned to the Special Processing Unit of the Office of Special Masters.

  On May 3, 2017, a ruling on entitlement was issued, finding petitioner entitled to compensation for her shoulder injury related to vaccine administration ("SIRVA"). On January 8, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $110,634.83, representing $630.00 for past

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

unnreimburseable medical expenses, $7,504.83 for past lost wages, and $102,500.00 for pain and suffering.  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $110,634.83, representing $630.00 for past unnreimburseable medical expenses, $7,504.83 for past lost wages, and $102,500.00 for pain and suffering, in the form of a check payable to petitioner, Julie R. Korb.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

> **s/Nora Beth Dorsey**
> Nora Beth Dorsey
> Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

|  |  |
|---|---|
| JULIE KORB, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 16-1333V |
| v. ) | Chief Special Master Dorsey |
| ) | ECF |
| SECRETARY OF HEALTH AND HUMAN ) | |
| SERVICES, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On October 13, 2016, Julie Korb ("petitioner") filed a petition for vaccine injury compensation alleging that she suffered a right shoulder injury related to vaccine administration ("SIRVA"), which was caused-in-fact by an influenza ("flu") vaccination administered on October 13, 2013. Respondent filed his Rule 4(c) Report conceding entitlement to compensation on May 3, 2017. The Chief Special Master issued a Ruling on Entitlement on May 3, 2017.

### I.   Items of Compensation

Based upon the evidence of record, respondent proffers that petitioner should be awarded $110,634.83, consisting of past unreimbursed medical expenses ($630.00), past lost earnings ($7,504.83), and pain and suffering ($102,500.00), which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1] Petitioner agrees.

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

1

## II.     **Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment of $110,634.83 in the form of a check payable to petitioner.[2] Petitioner agrees.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

ALEXIS B. BABCOCK
Assistant Director
Torts Branch, Civil Division

/s/ Colleen C. Hartley
COLLEEN C. HARTLEY
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Phone: (202) 616-3644
Fax:    (202) 353-2988

DATED:  January 8, 2018

---

[2] Petitioner is a competent adult.  Proof of guardianship is not required in this case.